IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE L. BROWN,

      Petitioner,

                                    Case No.  19-cv-1010-bbc

  v.

CATHY A. JESS,

      Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying George L. Brown's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 2/22/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |