IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

GEORGE L. BROWN,

                Petitioner-Appellant,

v.                                                Case No. 19-CV-01010-bbc

CATHY JESS,

                Respondent-Appellee.

---

## NOTICE OF APPEAL

---

    George L. Brown, through his undersigned attorney, hereby gives notice pursuant to FED. R. APP. P. 3(c) and 4(a) that he appeals the order and judgment denying his petition for a writ of habeas corpus entered on February 22, 2021, in the United States District Court for the Western District of Wisconsin, the Honorable Barbara B. Crabb, presiding. Mr. Brown takes this appeal to the United States Court of Appeals for the Seventh Circuit.

    With this notice of appeal, Mr. Brown also files a combined docketing and disclosure statement required by CIRCUIT RULE 3 (7th Cir.) and CIRCUIT RULE 26.1, as well as a motion to proceed *in forma pauperis*. FED. R. APP. P. 24(a)(1).

-2-

Dated this 24th day of March, 2021.

                                Respectfully submitted,
                                George L. Brown, by his attorney

                                /s/ Thomas B. Aquino
                                THOMAS B. AQUINO
                                Assistant State Public Defender
                                Office of the State Public Defender
                                Post Office Box 7862
                                Madison, WI 53707-7862
                                (608) 266-1971
                                aquinot@opd.wi.gov