IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE L. BROWN,

    Petitioner,                                          ORDER

v.

                                                         19-cv-01010-bbc

CATHY A. JESS,                           App. No. 21-01515

    Respondent.

On February 22, 2021, the court dismissed the habeas petition filed by petitioner George L. Brown pursuant to 28 U.S.C. § 2254. Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkt # 22). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For this appeal to proceed, petitioner must either pay the $505 appellate docketing fee by April 15, 2021, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than April 15, 2021, petitioner George L. Brown shall pay the $505 appellate docketing fee or submit a certified copy of an inmate trust fund account

1

2

statement for the period beginning approximately September 24, 2020 through at least March 24, 2021. If petitioner fails to pay the $505 appellate docketing fee, comply as directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 25th day of March, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge